**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Gerald D. Fields,**

    **Plaintiff,**                             Case No. 2:21-cv-160

    v.                                     Judge Michael H. Watson

**Muskingum County Adult**           Magistrate Judge Jolson
**Parole Authority (Eric**
**Guamer),** *et al.,*

    **Defendants.**

## ORDER

On February 24, 2021, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's Complaint, which alleges a procedural due process claim, for failure to state a claim. R&R, ECF No. 5. Specifically, the R&R concludes that Plaintiff fails to state a procedural due process claim because he failed to allege the inadequacy of state post-deprivation remedies. *Id.*

The R&R notified the parties of their right to object to the same and of the consequences for failing to do so. In response to the R&R, Plaintiff moves to voluntarily dismiss his Complaint without prejudice. Mot. Dismiss, ECF No. 6.

Plaintiff's motion is **GRANTED**, and the R&R is **ADOPTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

                                               */s/ Michael H. Watson*
                                               **MICHAEL H. WATSON, JUDGE**
                                               **UNITED STATES DISTRICT COURT**